1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant RODRIGUEZ-REYES

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN JOSE DIVISION      *E-FILED - 3/8/07*
11

12 | UNITED STATES OF AMERICA,              )   No. CR 07-00013 RMW
   |                                        )
13 |              Plaintiff,                )   **STIPULATION TO CONTINUE**
   |                                        )   **HEARING AND EXCLUDE TIME;**
   | v.                                     )   **[] ORDER**
14 |                                        )
   | ANTONIO RODRIGUEZ-REYES,               )
15 |                                        )
   |              Defendant.                )
16 | _____)

17       Defendant and the government, through their respective counsel, hereby stipulate that,

18  subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

19  Monday, March 12, 2007, should be continued to March 26, 2007.   The continuance is requested

20  because this matter has been reassigned within the Federal Public Defender's Office, and

21  undersigned defense counsel will require additional time to complete investigation.  Further,

22  undersigned counsel will be out of the country on a pre-planned vacation on March 12.

23       The parties further agree that time should be excluded under the Speedy Trial Act from

24  March 12, 2007, to March 26, 2007, because the defense and the government require time for

25  investigation and preparation, and the ends of justice outweigh the defendant's and the public's

26  need for a speedy trial.

STIPULATION TO CONTINUE
HEARING DATE; [] ORDER
No. CR 07-00013 RMW                        1

Dated: 2/21/07

_____/s/_____
LARA S. VINNARD
Assistant Federal Public Defender

Dated: 2/21/07

_____/s/_____
ERIC ROSEN
Assistant United States Attorney

**ORDER**

The parties have jointly requested a continuance of the hearing set for March 12, 2007, on grounds that investigation by the defense is ongoing, and defense counsel will be out of the country on March 12.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for March 12, 2007, be continued to March 26, 2007, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from March 12, 2007, to March 26, 2007, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated:  3/8/07

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge