1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  ERIC D. ROSEN (MDSB)
   Assistant United States Attorney
5
      150 Almaden Blvd., Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-2695
7     Fax: (408) 535-5066
      eric.d.rosen@usdoj.gov
8
   Attorneys for Plaintiff
9

**FILED**

MAR - 8 2007

RICH...
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 07-00013 RMW |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] AS ORDER EXCLUDING TIME |
| v. | |
| ANTONIO RODRIGUEZ-REYES, | SAN JOSE VENUE |
| Defendant. | |

On January 11, 2007, the parties in this case appeared before the Court for an arraignment. After the defendant was arraigned and entered a plea of not guilty, Assistant Federal Public Defender Lara Vinnard explained that Assistant Federal Public Defender Angela Hansen would soon be in trial and requested an exclusion of time under the Speedy Trial Act from January 11, 2007 to March 12, 2007. The government, through its attorney, agreed to the exclusion. The undersigned parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

//
//

1

| | | |
|---|---|---|
| 1 | SO STIPULATED: | KEVIN V. RYAN |
| 2 | | United States Attorney |
| 3 | | |
| 4 | DATED:___1/12/07___ | _____/S/_____ |
| | | ERIC D. ROSEN |
| 5 | | Assistant United States Attorney |
| 6 | | |
| 7 | DATED:___1/12/07___ | _____/S/_____ |
| | | ANGELA M. HANSEN |
| 8 | | Assistant Federal Public Defender |

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from January 11, 2007 until March 12, 2007. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 3/8/07

RICHARD SEEBORG
United States Magistrate Judge