BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

**E-FILED 4/25/07**

Counsel for Defendant RODRIGUEZ-REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>ANTONIO RODRIGUEZ-REYES,<br><br>             Defendant. | No. CR 07-00013 RMW<br><br>**STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME; [PROPOSED] ORDER** |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, April 16, 2007, should be continued to May 21, 2007.  The continuance is requested because defense counsel is unavailable on April 16, 2007, and undersigned defense counsel will require additional time to complete investigation.

The parties further agree that time should be excluded under the Speedy Trial Act from April 16, 2007, to May 21, 2007, because the defense and the government require time for investigation and preparation, and the ends of justice outweigh the defendant's and the public's need for a speedy trial.

| | | |
|---|---|---|
| 1 | Dated: 04/11/07 | _____/s/_____ |
| 2 | | LARA S. VINNARD<br>Assistant Federal Public Defender |
| 3 | Dated: 04/11/07 | _____/s/_____ |
| 4 | | ERIC ROSEN<br>Assistant United States Attorney |

## ORDER

The parties have jointly requested a continuance of the hearing set for April 16, 2007, on grounds that defense counsel is unavailable on April 16, 2007, as well as the defense requires additional time to complete investigation.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for April 16, 2007, be continued to May 21, 2007, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from April 16, 2007, to May 21, 2007, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated:  4/25/07

/s/ Ronald M. Whyte
_____
RONALD M. WHYTE
United States District Judge