1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant RODRIGUEZ-REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION                *E-FILED - 5/4/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00013 RMW |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME; [] ORDER** |
| v. | |
| ANTONIO RODRIGUEZ-REYES, | |
| Defendant. | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, March 26, 2007, should be continued to Monday, April 9, 2007.  The continuance is requested because defense counsel requires additional time to complete investigation, including efforts to obtain records regarding the defendant from the California Department of Corrections & Rehabilitation.  Further, the parties require additional time to discuss settlement of this matter.

The parties further agree that time should be excluded under the Speedy Trial Act from March 26, 2007, to April 9, 2007, because the defense and the government require time for investigation and preparation, and the ends of justice outweigh the defendant's and the public's need for a speedy trial.

STIPULATION TO CONTINUE
HEARING DATE; [] ORDER
No. CR 07-00013 RMW                    1

Dated: 3/22/07            _____/s/_____
                                        LARA S. VINNARD
                                        Assistant Federal Public Defender

Dated: 3/22/07            _____/s/_____
                                        ERIC ROSEN
                                        Assistant United States Attorney

## ORDER

The parties have jointly requested a continuance of the hearing set for March 26, 2007, on grounds that investigation by the defense is ongoing, and the parties require additional time to discuss settlement.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for March 26, 2007, be continued to April 9, 2007, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from March 26, 2007, to April 9, 2007, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated: 5/4/07                              *Ronald M. Whyte*
                                        RONALD M. WHYTE
                                        United States District Judge