BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant RODRIGUEZ-REYES            E-FILED***6/22/07***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-00013 RMW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME; [PROPOSED] ORDER** |
| v. | ) | |
| ANTONIO RODRIGUEZ-REYES, | ) | |
| Defendant. | ) | |

    Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, June 11, 2007, should be continued to July 23, 2007.  The continuance is requested because the defense is awaiting documents from Mr. Rodriguez-Reyes "Central File" maintained by the California Department of Corrections, and has been advised that the documents will be provided shortly.  These documents may be relevant to his defense and/or sentencing.

    The parties further agree that time should be excluded under the Speedy Trial Act from June 11, 2007, to July 23, 2007, because the defense and the government require time for investigation and preparation, and the ends of justice outweigh the defendant's and the public's need for a speedy trial.

| | | |
|---|---|---|
|1| | |
|2|Dated: 6/7/07|_____/s/_____<br>LARA S. VINNARD<br>Assistant Federal Public Defender|
|3| | |
|4|Dated: 6/7/07|_____/s/_____<br>JOSEPH FAZIOLI<br>Assistant United States Attorney|
|5| | |

### ORDER

The parties have jointly requested a continuance of the hearing set for June 7, 2007, on grounds that investigation by the defense is ongoing.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for June 7, 2007, be continued to July 23, 2007, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from June 7, 2007, to July 23, 2007, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated:   6/22/07

/s/ Ronald M. Whyte
_____
RONALD M. WHYTE
United States District Judge

STIPULATION TO CONTINUE
HEARING DATE; [XXXXXXXX] ORDER
No. CR 07-00013 RMW                 2