1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant RODRIGUEZ-REYES

E-FILED ***6/22/07***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-00013 RMW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME; [PROPOSED] ORDER** |
| v. | ) | |
| ANTONIO RODRIGUEZ-REYES, | ) | |
| Defendant. | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, July 23, 2007, should be continued to August 20, 2007.  The continuance is requested because the defense has received documents from Mr. Rodriguez-Reyes' "Central File" maintained by the California Department of Corrections, and is providing copies to the government for its consideration.  In view of the defense, these documents are relevant to the government's settlement offer.  Additionally, government counsel will be unavailable on the presently scheduled court date in July.

The parties further agree that time should be excluded under the Speedy Trial Act from July 23, 2007, to August 20, 2007, because the defense and the government require time for

1  investigation and preparation, and the ends of justice outweigh the defendant's and the public's
2  need for a speedy trial. Additionally, an exclusion is appropriate to allow for continuity of
3  counsel.

4
5  Dated: 6/19/07                                   _____/s/_____
                                                    LARA S. VINNARD
                                                    Assistant Federal Public Defender
6
7  Dated: 6/20/07                                   _____/s/_____
                                                    JOSEPH FAZIOLI
                                                    Assistant United States Attorney
8

9  **ORDER**

10  The parties have jointly requested a continuance of the hearing set for July 23, 2007, on
11  grounds that the defense is providing documents to the government, which the government will
12  require time to consider. Additionally, government counsel will be out of town on July 23.
13  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
14  presently set for July 23, 2007, be continued to August 20, 2007, at 9:00 a.m.
15  Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time
16  from July 23, 2007, to August 20, 2007, shall be excluded from the period of time within which
17  trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

18
                                                    /s/ Ronald M. Whyte
19  Dated:   6/22/07                                _____
                                                    RONALD M. WHYTE
20                                                  United States District Judge

21
22
23
24
25
26