1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113                    ***E-FILED 11/6/07***
4  Telephone:  (408) 291-7753

5  Counsel for Defendant RODRIGUEZ-REYES

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11

12 UNITED STATES OF AMERICA,        )   No. CR 07-00013 RMW
                                    )
13           Plaintiff,              )   **STIPULATION TO CONTINUE**
                                    )   **HEARING AND EXCLUDE TIME;**
   v.                               )   **[PROPOSED] ORDER**
14                                  )
   ANTONIO RODRIGUEZ-REYES,         )
15                                  )
             Defendant.              )
16 _____ )

17         Defendant and the government, through their respective counsel, hereby stipulate that,

18 subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

19 Monday, October 29, 2007, should be continued to November 19, 2007.  The continuance is

20 requested because there is a possible venue issue in the case, and the government requires

21 additional time to investigate.

22         The parties further agree that time should be excluded under the Speedy Trial Act from

23 October 29, 2007, to November 19, 2007, because the defense and the government require time

24 for investigation and preparation, and the ends of justice outweigh the defendant's and the

25 public's need for a speedy trial.  Additionally, an exclusion is appropriate to allow for continuity

26 of counsel.

Dated: 10/26/07                                    /s/
_____
LARA S. VINNARD
Assistant Federal Public Defender

Dated: 10/26/07                                    /s/
_____
JOSEPH FAZIOLI
Assistant United States Attorney

## ORDER

The parties have jointly requested a continuance of the hearing set for October 19, 2007, on grounds that the government requires additional time to investigate a possible venue defect.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for October 29, 2007, be continued to November 19, 2007, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from October 29, 2007, to November 19, 2007, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated:   11/6/07

/s/ Ronald M. Whyte
_____
RONALD M. WHYTE
United States District Judge