| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | LARA S. VINNARD |
| | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
| | San Jose, CA 95113 |
| 4 | Telephone: (408) 291-7753 |
| 5 | Counsel for Defendant RODRIGUEZ-REYES |

*E-FILED - 1/17/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00013 RMW |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **HEARING AND EXCLUDE TIME;** |
| v. | ) | **[] ORDER** |
| | ) | |
| ANTONIO RODRIGUEZ-REYES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, January 14, 2008, should be continued to January 28, 2008. The continuance is requested to allow for additional investigation by both parties with respect to a venue issue, and to allow time for defense counsel to discuss settlement with the defendant.

The parties further agree that time should be excluded under the Speedy Trial Act from January 14, 2008, to January 28, 2008, because the defense and the government require time for investigation and preparation, and the ends of justice outweigh the defendant's and the public's need for a speedy trial.

STIPULATION TO CONTINUE
HEARING DATE; [] ORDER
No. CR 07-00013 RMW          1

| | | |
|---|---|---|
| Dated: 1/10/08 | | _____/s/_____ <br> LARA S. VINNARD <br> Assistant Federal Public Defender |
| Dated: 1/11/08 | | _____/s/_____ <br> JOSEPH FAZIOLI <br> Assistant United States Attorney |

### ORDER

The parties have jointly requested a continuance of the hearing set for January 14, 2008, on grounds that the parties require additional time to investigate in respect to a venue issue and for defense counsel to have additional time to discuss settlement with the defendant.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for January 14, 2008, be continued to January 28, 2008, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from January 14, 2008, to January 28, 2008, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated: 1/17/08                                    *Ronald M. Whyte* <br>
                                                                 RONALD M. WHYTE <br>
                                                                 United States District Judge